**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al.*,

Plaintiffs,

**File Nos. 98-726C; 98-726-3C**
**Chief Judge Edward J. Damich**

v.

THE UNITED STATES

Defendant.

**DECLARATION OF MARK J. BLANDO**

I, Mark J. Blando, declare as follows:

1. I am an attorney with the firm of Eckland & Blando LLP in Minneapolis, Minnesota, which represents the plaintiffs in the above-captioned matter. I am also a member of the bar of this court. I make this declaration in support of the motion to substitute plaintiffs. All facts stated herein are based upon my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Margaret S. Wilcoxon dated October 30, 2000, which was attached to Plaintiff's Opposition for Summary Judgment filed on November 11, 2000, in Grass Valley v. United States, 98-726C.

3. Attached hereto as Exhibit B is a true and correct copy of an Order Approving Partial Distribution and Partial Attorneys Fees from the District Court for Converse County, Wyoming, filed on May 15, 2001.

4. Attached hereto as Exhibit C is a true and correct copy of pages 10-15, and 74-81 of the deposition of Russell Kassner taken on June 3, 2004 in Grass Valley v. United States, 98-726C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2005 in Minneapolis, Minnesota.

Mark J. Blando