STATE OF WYOMING )
)ss.
COUNTY OF CONVERSE )

IN THE DISTRICT COURT

EIGHTH JUDICIAL DISTRICT

Probate No. 4881

IN THE MATER OF THE ESTATE )
OF )
MARJORIE JEAN KASSNER, )
Deceased. )

Filed for Record this 16 day of May A.D. 2001
Jo Winters
Clerk of the District Court
Converse County, Wyoming

## ORDER APPROVING PARTIAL DISTRIBUTION AND PARTIAL ATTORNEYS FEES

NOW on this 15 day of May, 2001, the above captioned matter came on for Hearing before the Court in its regular order, and pursuant to the Notice of Petition for Partial Distribution of Estate as heretofore filed with this Court by the Personal Representative of the above captioned estate, and the Court, having reviewed the court file of record herein and being duly advised in the premises, finds that the Personal Representative has duly and timely served notice of this hearing upon all interested parties and filed Notices and Waivers from each such beneficiary, and that therefore the Court has full and complete jurisdiction over the subject matter and all interested parties, therefore this matter ought to proceed to hearing and determination on the merits.

This matter proceeding to hearing and determination, the court notes that no objections have been filed, in writing or orally, to the said Petition for Partial Distribution. The Court specifically finds that each and all of the statements made in the said Petition for Partial Distribution are true and correct, that the conduct of the Personal Representative in the administration of this estate as reflected in said Report is in accordance with law and the prior Orders of this Court, that the administration of said estate is not fully and finally concluded, but that a substantial portion of said estate is ready for distribution and that therefore an Order ought to be entered at this time approving, ratifying and confirming the Petition for Partial Distribution, including the partial payment of attorneys fees, and all doings of the Personal Representative in the premises, and providing for the Partial distribution of this estate subject to review upon the final account and closing thereof.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Petition for Partial Distribution be, and the same hereby is approved.

EXHIBIT B

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Personal Representative shall proceed to make a Partial distribution this estate by distribution of the assets and in the manner set forth on Exhibit 'A' attached hereto and incorporated by this reference.

In making such distributions the Personal Representative shall execute and deliver such deeds, assignments, division orders and like instruments as shall be necessary or appropriate to effectuate said distribution. In conjunction therewith the Personal Representative shall file a certified copy of this Order with the County Clerk in each county in which any lands are located as to which the estate or its decedent hold any mineral interests or any oil and gas leases or royalty agreements.

IT IS FURTHER ORDERED, that the Personal Representative shall pay the sum of $22,616.25 to James A Hardee as and for part payment of attorneys fees for services to the Estate.

Done this 15 day of May, 2001.

KEITH G. KAUTZ
District Court Judge

DISTRICT COURT
STATE OF WYOMING } ss.
Converse County
CERTIFIED to be a full true and correct copy of the original in my custody.
DATED May 16 A.D. 2001
JO WINTERS
Clerk of the District Court
........ Deputy

MY TERM WILL EXPIRE
ON THE 1st MONDAY
IN JANUARY 2003

**EXHIBIT "A"**
**ESTATE OF MARJORIE KASSNER**

**PARTIAL DISTRIBUTION**

******************************************************************************

Amount Available for Distribution consists of the below described property which is being distributed pursuant to stipulation of the beneficiaries in order to resolve a portion of the estate and to facilitate the ultimate closing of the estate.

******************************************************************************

**Margaret Wilcoxon:**
The following property is distributed to Margaret Wilcoxon in full and complete satisfaction of any and all interest she may have in the Estate of Marjorie Jean Kassner. Upon receipt of the below described distribution any and all interest of Margaret Wilcoxon shall be deemed satisfied in full, specifically including that interest in Wyandot Apartments bequeathed to her under the Last Will and Testament of Marjorie Jean Kassner, to wit:

| | |
|---|---|
| 1. All right title and interest of the Estate of Marjorie Kassner in and to Wyandot Investment Nest, a general partnership one half of which was owned by Marjorie Kassner, valued at........................................ | $-80,714.50 |
| 2. All right title and interest of the Estate of Marjorie Kassner in and to 830, 832, 834 & 836 North 6th St., Douglas, Wyoming, one half of which was owned by Marjorie Kassner, valued at............................ | $ 72,000.00 |
| **Total** | **$- 8,714.50** |

**Russel Kassner:**

| | |
|---|---|
| Two Gold Coins(Indian head)................................................ | $ 350.00 |
| U.S. Savings Bond C51773217E.......................................... | $ 409.92 |
| Cash........................................................................... | $ 240.08 |
| An undivided One-third interest in any and all net proceeds obtained as a result of damages awarded to the Estate of Marjorie Kassner in <u>Grass Valley Terrace v. United States</u>, Civil No. 98-726C, United States Court of Claims............................................................. | $ -0- |
| **Total** | **$ 1,000.00** |

**Mark Blaine Walker:**

| | |
|---|---|
| Cash........................................................................... | $ 1,000.00 |
| An undivided One-third interest in any and all net proceeds obtained as a result of damages awarded to the Estate of Marjorie Kassner in <u>Grass Valley Terrace v. United States</u>, Civil No. 98-726C, United States Court of Claims............................................................. | $ -0- |
| **Total** | **$ 1,000.00** |

**Gretchen Kassner:**

| | |
|---|---|
| Eight Silver Dollars.................................................................. | $ 56.40 |
| Two Kennedy Half Dollars.................................................... | $ 1.00 |
| Cash........................................................................... | $ 942.60 |
| 3. An undivided One-third interest in any and all net proceeds obtained as a result of damages awarded to the Estate of Marjorie Kassner in <u>Grass Valley Terrace v. United States</u>, Civil No. 98-726C, United States Court of Claims............................................................. | $ -0- |
| **Total** | **$ 1,000.00** |

All assets of the Estate not specifically set over above shall remain undistributed pending a final report and accounting at such time as the same can be accomplished.